# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143386(98)(99)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JACOB TRAKHTENBERG,
      Defendant-Appellant.

_____

SC:  143386
COA:  290336
Oakland CC:  2005-203484-FH

      On order of the Chief Justice, motions by defendant-appellant for extension of time and for leave to file a brief in excess of 50 pages in length are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2012

_____
Clerk